**HEAT TREATING, LLC**
**22-26 DENSMORE STREET**
**QUINCY, MA 02169**
**JOHN D. McCORMACK, MANAGER**

U.S. BANKRUPTCY COURT
2019 JUL 10 P 1: 55

**617-943-7536**

July 10, 2019

**HAND DELIVERED**

Clerk
United States Bankruptcy Court
J. W. McCormack Post Office and Court House
5 Post Office Square – Suite 115
Boston, MA 02109-3945

Re:  Joseph M. Bissanti
     Case No. 18-14771-MSH
     Notice of Intended Private Sale of Property
     93 Whitwell Street, Quincy, MA

Dear Sir/Madam:

I, John D. McCormack, Manager of Heat Treating, LLC, a Massachusetts limited liability company, hereby make the following higher offer with regard to the Notice of Intended Private Sale of Property in connection with the above-mentioned matter.

My Counteroffer is $415,000.00 for the property being sold. Concurrent with my delivery of this Counteroffer for filing, I have hand delivered to Thomas C. Benner, Esquire, Benner & Weinkauf, P.C., 33 Samoset Street, Plymouth, MA 02360, a bank check in the amount of $1,000.00 representing the required deposit consistent with the Notice of Intended Private Sale. This higher Counteroffer is made on the same terms and conditions as set forth in the existing Purchase and Sale Agreement dated May 31, 2019, a copy of which is attached to the said Notice of Private Sale, except for the purchase price.

July 10, 2019
Clerk
United States Bankruptcy Court
Page – 2

U.S. BANKRUPTCY COURT
2019 JUL 10 P 1: 55

Thank you for your attention in this regard.

Very truly yours,

HEAT TREATING, LLC

_____
John D. McCormack, Manager

cc: Thomas C. Benner, Esquire
    Benner & Weinkauf, P.C.
    33 Samoset Street
    Plymouth, MA 02360

# Eastern Bank

Boston, MA 02110

No.

DATE July 10, 2019

PAY  **ONE THOUSAND DOLLARS AND ZERO CENTS**

*******$1,000.00

TO THE ORDER OF  **THOMAS C. BENNER **

**TREASURER'S CHECK**

AUTHORIZED SIGNATURE

RE: Heat Treating LLC  93 UNITWELL ST

AUTHORIZED SIGNATURE

⑈017978⑋⑈ ⑆011301798⑇ 00 2246 2⑈