UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | Case No. 18-14771-JEB |
| Joseph M. Bissanti | Chapter 13 |
| Debtor | |

## STATUS REPORT

1. The Debtor closed the sale of 93 Whitwell Street, Quincy, MA on Monday, October 19, 2020.

2. Debtor's counsel holds the Debtor's funds and will disburse them to the Debtor once the Buyer's attorney notifies counsel that the transaction is on record.

3. Counsel emailed the settlement statement to the Chapter 13 Trustee and to Attorney Marcus Pratt for the lender.

4. Counsel file a motion to pay and allow his administrative claim today. Once allowed, the debtor will move to voluntarily dismiss his case as he no longer wishes to proceed with the case.

Respectfully submitted,
Through counsel,

Dated:  October 20, 2020

 /s/Thomas C. Benner
Thomas C. Benner, Esq.
Benner & Weinkauf, P.C.
33 Samoset Street
Plymouth, MA  02360
(508) 746-8030
BBO# 655483
tbenner@tbennerlaw.com

## CERTIFICATE OF SERVICE

  I, Thomas C. Benner, certify that on October 20, 2020 a true and accurate copy of the foregoing Motion to Extend was served on the following parties via first class mail, postage pre-paid or electronically.

By electronic mail using Court's CM/ECF system:

John Fitzgerald, Office of the United States Trustee
Carolyn Bankowski, Chapter 13 Trustee
Marcus Pratt, Esq., Deutsche Bank


By regular mail, postage pre-paid:

Joseph Bissanti
93 Whitwell St
Quincy, MA 02169-1812


                /s/Thomas C. Benner
                Thomas C. Benner, Esq.
                Benner & Weinkauf, P.C.
                33 Samoset Street
                Plymouth, MA  02360
                (508) 846-8030
                BBO# 655483
                tbenner@tbennerlaw.com